## RECONSIDERATION OF PRIOR DECISIONS

2006–0957.   Prouse, Dash & Crouch, L.L.P. v. DiMarco.
Cuyahoga App. No. 86324, 2006-Ohio-1538. Reported at 116 Ohio St.3d 167, 2007-Ohio-5753, 876 N.E.2d 1226. On motion for reconsideration. Motion denied.